

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE OF ORDER ON MOTION

Cause number:      01-15-00567-CV & 01-15-00586-CV

Style:      In the Guardianship of Ruby Peterson

Date motion filed*:      April 7, 2016

Type of motion:      Motion to Abate

Party filing motion:      Appelllants Mackey Glen Peterson, Tonya Peterson, Don Leslie Peterson, and Lonny Peterson

Document to be filed:      n/a

If motion to extend time:

    Deadline to file document:

    Number of previous extensions granted:

    Length of extension sought:

Ordered that motion is:

☐    Granted
If document is to be filed, document due:

    ☐  The Clerk is instructed to file the document as of the date of this order
    ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

X    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

**The appellants' motion to abate the appeals in case numbers 01-15-00567-CV and 01-15-00586-CV is denied. Oral argument in these cases, which was was previously scheduled for April 13, 2016, is cancelled. These cases will be submitted without oral argument on April 13, 2016.**

Judge's signature: /s/ Michael Massengale
    ☒ Acting individually    ☐ Acting for the Court

    Panel consists of _____.

Date:  April 8, 2016

November 7, 2008 Revision